# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01606-JLK

SLEEP HOLDINGS LLC f/k/a SLEEP HOLDINGS III, LLC,
BOGI PÁLSSON, and DAVID BAKER,

 Plaintiffs,

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., and
TWIN CITY FIRE INSURANCE COMPANY,

 Defendants.
_____

## ORDER RE RESTRICTED ACCESS

Kane, J.

 It appearing the Court ruled prematurely on the parties' Unopposed Motion to Restrict Access (Doc. 47) in that the time for filing objections was not complete, the Order of July 25, 2013, Doc. 50, is VACATED. Doc. 48 is accordingly STRICKEN in full. Defendants are directed to re-file its Motion and its accompany exhibits with redactions thereto as appropriate, including the settlement amount. Arion Bank's Objections, Doc. 51, are MOOT.

DATED: July 29, 2013    BY THE COURT:

                *s/John L. Kane*
                John L. Kane, U.S. Senior District Judge