IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01606-JLK-KLM

SLEEP HOLDINGS, LLC, formerly known as Sleep Holdings III, LLC,
BOGI PALSSON, and
DAVID BAKER,

    Plaintiffs,

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., and
TWIN CITY FIRE INSURANCE COMPANY,

    Defendants.

ARION BANK HF,

    Objector.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Enforce Settlement Agreement** [Docket No. 53; Filed August 22, 2013] (the "Motion"). On August 26, 2013, the parties jointly called to inform the Court that they have reached a settlement on their remaining issues. They specifically informed the Court that the Motion is now moot. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#53] is **DENIED as moot**.

    Dated: August 27, 2013