# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01606-JLK

SLEEP HOLDINGS LLC f/k/a SLEEP HOLDINGS III, LLC,
BOGI PÁLSSON, and DAVID BAKER,

    Plaintiffs,

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., and
TWIN CITY FIRE INSURANCE COMPANY,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Kane, J.

    This matter comes before the Court upon the Stipulated Motion for Dismissal with Prejudice, Doc. 56, filed by the parties to this matter. The Court, having the reviewed the same, and being fully advised of the premises, hereby finds and concludes:

    The parties' request for dismissal with prejudice of this action is hereby GRANTED, each party to pay his or its own costs.

DATED:     September 9, 2013     BY THE COURT:
    *s/John L. Kane*
    John L. Kane, U.S. Senior District Judge